Brian Wilfredo Cruz
4903 W Thomas Rd Apt 261
Phoenix AZ 85031
(602) 813-4249

```
                  FILED ____ LODGED
                  RECEIVED ____ COPY

                      OCT 2 5 2024

              CLERK U S DISTRICT COURT
                 DISTRICT OF ARIZONA
              BY_____DEPUTY
```

# IN UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wilfredo Cruz, <br><br> Plaintiff, <br><br> v. <br><br> Fitness Alliance, LLC d/b/a EoS Fitness, <br><br> Defendant(s). | CASE NUMBER: CV24-02926-PHX-JJT <br><br> **COMPLAINT** |

## Jurisdiction

This court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331. This employment discrimination lawsuit is based on.

1. Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 'a7'a7 2000e, et. seq., for employment discrimination on the basis of race, color, religion, gender, or national origin.

2. Rehabilitation Act of 1973, as amended, 29 U.S.C. 'a7'a7 701, et. seq., for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

3. Other: Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA); Civil Rights Act of 1991; Negligent Supervision; Failure to Provide Reasonable Accommodations

The plaintiff is a resident of Phoenix, Maricopa County, AZ and a citizen of the United States. The defendant, Fitness Alliance, LLC d/b/a EoS Fitness, is a resident of Gilbert, AZ and a citizen of the United States. The cause of action arose in the Phoenix division.

## Employment Discrimination Complaint

The conduct complained of in this lawsuit involved the following:
Termination of my employment; Failure to promote me; Failure to accommodate my disability; Retaliation; Terms and conditions of employment differ from those of similar employees; Harassment; Other Discrimination; Workplace Defamation; Creating a Hostile Work Environment; Illegal Distribution of Controlled Substances

The conduct(s) above is referred to in the charge of discrimination. I believe I was discriminated against because of my:

Race; Disability; Other Veteran

The reason(s) above is referred to in the charge of discrimination. The discriminatory conduct occurred at: 2156 E Baseline Rd, Mesa, AZ 85204 on 12/19/2023. from February 2021-July 2022 my company forced me to work 70-90 hours a week only paying me 1 dollar over minimum wage and only paying for 40 hours. I was told that the only way to get promoted was by working hours I did not receive pay.

December 2022 when I was general, I was transferred to a new district manager in which he did my end of year review. For that year I had the most memberships in the entire company with over thousands of employees and with me being at bad locations it was remarkable, and I was proud of that as in 2021 I finished 3rd in the company. So, for my end of year review I received the lowest score from a district I never met and he told me I have a terrible reputation and have a hard time working with people and my numbers don't mean much. January 2023 I would be told that my district manager Rodney was looking to replace me with a assistant manager Easu and this was told to my operation at a EōS even and that he will find a way to do it by the end of next month. Later that month being at this location I was faced severe harassment from a colleague Fitness Manager Angel, with no remedial action taken. He was proven to steal 22 EōS drinks, veteran suicide jokes towards me, verbal sexual harassment, sexist remarks, nonconcent touching, Racism, bullying to me and multiple employees, stole commission, taking steroids on the job and had sexual intercourse in our break room. HR Haley chose to ignore that and give him one simple write up and he continued bullying and body shaming towards me. My new district manager Rodney was looking to get rid of me immediately he was trying to have me blow up this fake return for collection list which is a fraud and try to lie to members to get memberships, which is unethical and not what are company stands by. He knew I felt uncomfortable about it and it upset him as he always hyped up employees who sold memberships off that list but they aren't legit sales and not what other districts do. The district manager Rodney, another GM Matthew and agm Easu employee was openly saying to multiple people for months that the agm Easu employee was going to take my spot at my location and that my district was going to get rid of me. This harassment persisted into early 2023, as my district manager Rodney couldn't do anything about it because I turned the worst location to one of the best location and hit all 5 months.

In February AGM Easu who was said to replace me started going to my employees and telling them that he was the new general manager by the end of the month. When I questioned the district manager Rodney,

he said do not work about it. Shortly after In March 2023 He still treated me differently as others and with my colleague who had the hr complaint grew worse around the work environment and my district manager Rodney trying to pressure me for no reason this ended up causing further health issues and hospitalization. Again, during the process of Just going into the ER and seeking help I was met with intense retaliation even being asked for doctor notes 3 times while I was in the ER. The VA told me to come back on that Friday my district Rodney was trying to get me in sooner but i denied and he was frustrated. Not feeling better during my time off I reached out to HR Haley to see if I can get more time off and they said yes. When I came into work that Friday and talked to my district manager Rodney, he started complaining about me taking the time off that I just had. Then I told him I am taking more time off then before I can finish, he said, "no you're not" and I told him I talked to HR Haley and told me to take time off. He then was mad and said "why would you do this to me" then started talking about he is going to have to demote me and transfer me. He then told me to leave. When I came back the AGM Easu who my district, a GM Matthew and the AGM Easuwho was disclosing to others that he was going to take my spot was now at my location and to make things worse my district manager Rodney disclosed the HR complaint to the employee who had the hr complaint and told him I made it. Now that employee would not talk to me then my employees that I hired told me that the employee with the HR complaint and my district manager Rodney was bad mouthing me and making fun of my disability. So, on my 1st day back I disclosed my accommodations, so I don't go back to the hospital. Then on my second day back my location had a bad start because we did not have leads due to me being gone for 2 weeks my district manager Rodney called me yelling and threatening my job for no reason. After that call, the next three zoom calls my district manager was poking fun of my disability in a zoom call with all the gm's in it and was saying "B you need to get out of vacation mode" laughed then said "You ain't on vacation now". Then moving forward my district manager wasn't even reaching out to me and he was just reaching out to the AGM the rest of the time. The behavior got worse, and I started having health problems again and had to transfer away from the district with 3 days left in the month.

After my transfer, the location was out of reach to hit goal and not close. The AGM got promoted and then the last 2 days fraudulently made 20-30 fake agreements to hit goal by 1 unit the last day. This is a top 5 policy violation that is supposed to be immediate termination. The emails of those agreements were emailed to me as they forgot to disconnect my email and I also received camera footage for this too. I watched as they congratulated him and write a email for the whole team and him excluding me for the email when I was the manager the whole month. He even described the AGM Easu as "being at the Helm" for that month. I reported all this to HR Haley and documentation and despite multiple complaints to HR, there was no intervention. HR Haley would eventually disclose my complaint which would lead me

receiving threats by my fitness manager who received no punishment for what he did and the assistant manager Easu who took my spot with his fraudulent behavior.

In June, the company received word that I was suing for veteran discrimination, harassment, labor laws, bullying, HIPPA Violations and retaliation. I received a call from the VP Zach and was offered to come back to EōS fitness with promised accommodations and a healthy work environment. In August 2023, my return to the General Manager role brought about a resurgence of unethical actions by a previous colleague Operation Manager Florina, who had a history of attempting to tarnish my reputation through falsehoods and over 5 inappropriate relationships that I'm aware of with employees in the workplace. Coming into my position I mentioned the history prior and asked for her not to retaliate towards me. Also, people at other locations who worked with us in the past mentioned to upper management that she will try to get me fired. My first month I into the new location I was faced with a disgusting situation as we had a 16–17-year-old kids club employee in an inappropriate relationship with 2 30+ year old members. This was brought up to our district manager Royce and was relayed to the operation manager Florina as a joke. I was disturbed by this as it is illegal. When I asked to have you contacted the police, they said we aren't going to and when I said I will then they got very mad and said they can't afford for this to go out due to the company getting sued for a situation in kids club back in 2021. After the district manager Royce walked away, I told the operation manager Florina this isn't right, and I need to do something. She then threatened me and said, "Brian if you want what happened to you at your old location and what Rodney did you, I recommend you keep your mouth quiet." Months into working at my new location she caused many problems as she continued lying about me and getting caught for it. She kept going around the location spreading rumors about me and others as she was not doing her job as I the general manager was covering her job while she was allowed to do unethical behavior. I would report this to my district manager Royce, but he would grow mad as he is upper close. Every time they are at my location he talks to her as they are always close and touching. My district manager Royce during this time was very unprofessional as in my 2nd month he was sitting at the same desk with the operation manager Florina and reading my phyc test that the company makes you take when you apply and laughing at it making fun of my disability and disclosing my phyc test and disability to my coworkers. He was also selling Adderall illegally to all his locations, Also against the company was caught having a relationships with a operation manager Florina at one of his locations and I can possess camera footage of him leaving with a entry level position at one of his location at midnight and also had a relationship with that female as well. Also, my district manager Royce forces everyone to be like him or he will get rid of you. He has the whole district taking Adderall illegally. He would say he has the whole distinct on it and they perform better with it. Which is absolutely true as almost all the GM's, AGM, OM, FC's and even the front desk is buying Adderall illegally. One open house he told me he had a

pill that would help me focus and was not Adderall or anything to raise my heart rate. I believed him and it was a lie. It was Adderall and I will display the messages when this happened and the lack of knowledge of what I took. Know with all this he is allowing this behavior to continue as we have the operation manager Florina and a brand-new fitness manager who isn't good at the job yet sit in the break room all day and gossip all day about me and others. In the 3rd month that operation manager Florina and entry level employee had a shouting match in our break room where both were inappropriately talking to each other and even pushed each other which could've been firable but definitely a write up but the upper management took no actions. Despite lodging numerous complaints my managers regarding this ongoing issue and the existence of an unsafe work environment, the response was consistently inadequate.  In late September during my lunch time there was an interview for my operation manager Florina who forgot as she was supposed to be on lunch. This happened quite often, and I thought about taking the interview despite being on break, but the interviewer had sweatpants and sweater which I was told not to interview people not dressed appropriately. At this point he person was there for over a hour so I sent her home as the operation manager Florina wasn't responding. Fast forward after 4 the operation was late coming back then ask about the interview then accusing me of sabotaging her interview and saying she was available, and it was at 4 pm when her break was over. Which is a lie because it was at 230pm. She then pulled up the camera footage assuming that I didn't have access because when I first got to the location she tried telling me I don't have access to camera which was a blatant lie that I ignored and found access my own. She would then ask me to go in the office with my assistant manager who she was having sexual intercourse with and would scream at me saying she looked at the camera and it was at 4 pm and I did it on purpose and that I did it because I was racist towards the women and that I was sexist and discriminated against the women too and that she needs to report this to HR Alana and she would get the assistant manager to agree even though he wasn't involved. I would go to the camera a provide a screenshot to my district manager Royce showing that her statement was false, and I was told to delete the image and forget about it and sell memberships. I was forced to reach out to reach out to HR Alana even though I felt uncomfortable doing so due to their retaliation, disclosing my complaint and disability as well as their shady behavior from their retreat back in June.  The atmosphere at the workplace took a negative turn as jokes began circulating about me being fired, perpetuated not only by my colleague but also by upper management. In October lies about me to management started circulating and even to the entry level position I was able to disprove them every time, but no action was done about the lies. Then day of October I was warned by people at my location and others that I need to find a new job or reach out to HR Alana because the operation manager Florina said she was going get me fired the last day and that my district was in on it. Shortly after I review word from the ex of the district manager Royce who was working at the same location as him and she witness him ending a call and saying "I'm going to have to

promote Brian to member" meaning he is going to fire me. She said why would you do that he just hit goal last month for the first time in 22 months. He said "he should be a leader". Disturbed by this I reached out to my district a Royce nd told him everything I'm hearing except what this ex-girlfriend said. He seemed shocked and then said you're good and told me to get back to production. I immediately went to HR Alana and told them everything and they seemed annoyed at me as I expressed my concerns the ongoing harassment and lies and no action for what they are doing. I told them I don't feel comfortable at the location and mentioned my disability and that if she can't get transferred, please transfer me but they said they can because of my performance which should be a think because months before I sold my quota and hit team goal the next month. Also, we have a assistant fitness manager who's quota is either 20-25 units and she hasn't sold more than 7 in almost a year and should have been fired by now but she got transferred. Unfortunately, HR Alana did nothing as they seemed annoyed and arguing with me and saying "we are running in circles Brian" but the reason we were is because I felt that uncomfortable and couldn't work in that environment. They told me they would give me a summary and follow ups after the conversion but none of that was done. They kept her at my location with lack of effective action in response to my complaints, I initiated extensive communication with HR Alana, sending over 12-15 emails. Unfortunately, the response rate was dishearteningly low, with only 5-6 replies, compounding my concerns about the work environment's safety and they would lead to defamation I was about to endure. After my complaint Forina and Royce immediately retaliated During this time too I was receiving late calls after 9pm telling me I am not doing good and to write an email before midnight about why I don't listen. I then did not write it because I was going to do it in the morning, but I received a very aggressive and passive aggressive email saying I can't follow task when I've been working 18 days straight and need to go asleep. This same month Royce allowed to get harassed by a member due to my FC's and AGM harassed a lead as a game and decided to do it again while Royce and Me were in the Office doing End Of Month Evaluation. This lead was upset the first time we called. They ended up calling him 6 times as a joke and even changed his name from Todd Welch to Franky Lemons and booked it under another FC as a prank. Even Though they did at the time know his name was Franky Lemons they purposely called him while I was in the meeting and he called the front desk making threats like shooting the place, slashing tires, and coming in ASAP. This all happened while I was in the office with Royce having no clue, Then the Fc's would think it would be funny to give him my personal number. The first call I answered from him he threatened me and said his business phone can use any number available so I should change my number. He would go on to call me over 200 times leaving voicemails that I'll attach. This happened for a week and no action was done while I was being harassed because my employee gave them my personal number, which is against policy too. When I told Royce about it and that I can't tell who's calling because he calls with a different number every time and he's threatened me Royce told me "Just get a new phone

and don't worry about it and get back to production" with a smirk. Royce ex-girlfriend quit at the location he works at and he told her well I had a GM to replace Brian but I guess I'll use him for your location. This demanding routine prompted yet another complaint to HR, Alana highlighting the disregard for employee well-being and the lack of consideration for maintaining a reasonable work-life balance as they tried to fault me for why my district forced me to work. She also told me that I was never in a probation period and that my district manager Royce lied. When talking again about how I feel uncomfortable with her retaliation, defamation and going after my job. She did not want to engage in the conversation and unjustly asked me to demote myself to get away from her. She again said she wouldn't transfer me but they transferred a girl who's friend with the district manager Royce and has been severely below hitting quotas for a year now   In November 3rdI decided to book a mental health appointment with the VA due to all this with no help as I became suicidal and my district manager Royce would complain about this as he said I need to focus on memberships. Even though notified about this for a month during my appointment he purposely sabotaged my appointment by blowing up my phone with 10+ calls and text messages saying I need to be at the club ASAP. When coming back and trying to discuss the severity of the appointment he stopped me and said we need to get to a good start, and we are behind so just focus on memberships. Royce upset of me seeking mental health treatment he retaliated marking an alarming work schedule, working an excessive stretch with only two days off in 33 days mostly having to use Ubers as the company didn't give me enough time to fix my car or take care of myself as my hair was overgrown and bad mental health. During this time, I would receive screenshot of a text message to my ex-girlfriend over 2 years ago and in the message disclosed sensitive detail about a time I was suicidal this was from Florina. Weeks later she sent that message to former employees and current employees. Disclosing sensitive information and purportedly initiating suicidal thoughts. Then she went around telling people that a had an inappropriate relationship with a minor.  Throughout the 5 months at this location, managing 3 employees under my supervision posed additional challenges due to their behavioral issues. Despite numerous complaints and requests for disciplinary actions such as write-ups, my managers took no substantive actions to address the problematic behavior. Every-time I was told by my district manager Royce for me to look in the mirror and that's the person why they aren't behaving. There was no guidance to change it or what to do. Notably, one of these employees subjected me to consistent bullying for the entire four-month period, with no intervention from management. They allowed an employee to disrespect me for 4 month's threatening to beat me up, body shame me and make fun of my appearance the. tell me he isn't working, and he would break policy throughout the day with no actions. The behavior was enough for termination, but their performance was far worse as their behavior. Their notations for performance would have been enough to be terminated in 2-3 months and these employees after 10-15 notations each had 0 written warnings. The company standard we are supposed to go by should have had these employees 6-8 written warnings which

would be termination. Ultimately if we considered my district doing his job like he did with his other employees each employee would have received 30+ written warning but they received 0. While I received a written warning for missing monthly goal by 5 memberships when we had 3 training days that required me to not sign-up memberships.  The distressing work environment further intensified when my manager threatened my job as I received my first write up in over a year and told me that the next month im on a probation period and I can lose my job, which made no sense because he had a employee not hit anything for 5-6 months and she never was on a probation period. So things got worse as my district manager Royce transferred one of his favorite employees to my location. Immediately the kid was sketchy and told me EōS illegally hired him at 16 and said he was 18. The membership that were being pushed were unethical and untruthful. Then within a week, this transferred employee, along with another colleague, initiated bullying against the individual on a group chat who had previously been targeting me. He was receiving what he was doing to other employees the whole time. He did not take it well as some of the employees were digging deeper and even the district Royce operation manager was making fun of him. Nothing came from me.  Then mid-December this employee can in upset and refused to work I then asked a question I have to and this employee threatened me. As a manager we had to role play he told me he isn't I said why because I don't respect you and I do t want to. I then said which my manager has told be before "we all participate or you will go home " he said "bye I'm out" I then said "alright that's your decision" then he said "Is it because you like to screw little kids" I said "what did you say" he said "did that make you mad" I told him to go home and I will clock you out. I ended up taking him off the schedule that week which I've done before at the location, and it happened to me before for behavior. My district manager Royce was at the location I told him what happened, and he didn't care much told me to sell more. So then, as a manager I wanted to follow up with Issac as I want to see if everything is okay and about him accusing for being with a minor again and where is it coming from as it's tearing me apart and nobody has done anything to help(A week before I texted him and he reply aggressively and accused me with being a minor). He told me because he knows I told him I'm going to take that statement seriously and he said, "good luck I got to go pedophile". Despite reporting this situation to district manager, no action was taken against the perpetrators and rumors. Astonishingly, HR's Alana response was a surprise zoom call the next day with my VP and first talk about me sending the employee home and I explained everything they said he didn't threaten me from what I described and his response wasn't enough to send him home and to take him off the schedule was worse. I told them the district manager Royce was her in the office and he did nothing, and they act like I didn't ask that. Then they brought up a group chat where the other employees were sending messages insulting each other and not one message was sent from me other than the schedule that the new transfer edited. When HR Alana was bringing this up she kept on grinding and brought up my previous hr complaints that I made in the past to protect myself which didn't seem fair. She then kept on

asking me is their anything in appropriate other than the last few weeks and before I can answer she said with a grin "I have all the messages Brian so tell me" I told her I couldn't remember but no I shouldn't then said "you sure Brian because I have documentation of the chats" I again said "I don't think so is their anything inappropriate?" She said yep theirs "a few things". But she didn't provide anything and looking at it after there is absolutely nothing in appropriate so I am still confused. After that I stated all the messages are from the other employees why aren't you asking them about the group chat. She said "who is the leader". I said I can't control them I've tried to make actions for everything at the location and nothing has been don't. She then said we are going to suspend you without pay for 3 days while we investigate. Literally the next day the employee who was taken off the week was already working and 3 days later they terminated my employment, citing the actions of the employees who sent text that are fireable and what I believe got me fired for as justification and not the employee who sent the text. During the explanation of my termination, the HR Alana representative exhibited a retaliatory stance as she never described why I got fired she just said based on what we talk about we will be separating, then I spoke my mind a little talking about sending Issac home and it was justified as he threatened me then mad a defamatory comment. Then said I didn't write the message and the other employee aren't even getting disciplined at all. She then brought up my previous HR complaints saying, "I've done it prettier much my career". I basically said what have you done for all the mental damage this has cause with gossip rumors, blatant lies to make me look bad, fake complaints to my district, screenshot leaked to employee and former employees, fake relationship with kid club employee and being falsely accused underage relationship. Her response showed lack of accountability for the ongoing workplace issues but also suggested an unjust punitive approach to the termination process. Furthermore, the HR representative Alana attempted to get the regional Vice President off the phone to talk to me one on one. She tried to mislead me into signing a severance agreement under false pretenses, adding another layer of deceit to the already problematic situation. She tried saying it was for the time with the company and they want to pay a month up front and she kept getting me to agree with signing it 3 times verbally. She said she will send it after the call. It ended up being sent 3-5 days later. After reading it it was so misleading as it gives my rights to everything and doesn't state what she told me it was for and it states that I agree to freely walk away. In summary, my return to the workplace in July 2023 was marred by a continuation of unethical actions by a previous colleague, a lack of effective response to my complaints regarding a hostile work environment and defamation, an egregious work schedule, unaddressed employee behavioral issues under my supervision, and ultimately, termination based on the actions of new hires. The entire ordeal was exacerbated by HR's failure to intervene appropriately, and the retaliatory stance taken during the termination process, concluding with an attempt to coerce me into signing a misleading severance agreement. After my termination my best friend went to work out and one of the employees asked my friend in front of others

"Is it true Brian is sleeping with a minor" my friend said no and the employee said "are you sure everyone here is saying he's a pedophile". This defamation has now led me to lose my best friend as people don't want to associate with me which is leading to worsen my disability as it already was prior to 2023. Less that a week later which I have proof of a prank call from EoS at the Val Vista where I got fired. When I politely asked to not call again they laughed and people in the back were calling me a Pedophile. EoS calling me caused me to almost commit sucide as I was already extremely depressed on how HR, Royce, Bella and Florina treated me, harassed and defamed me. I had to go to Ohio and have my family take care of me. I would also receive a prank text from EoS when I was in Ohio. To This defamation they ruined my life. In 2020 I had a lot of memberships, 2021I had 3rd most in the entire company and 2022 I had the most memberships in the whole company and worked at 8+ locations. I knew a lot of people I was with before covid and EoS retention is 4-5 months. A Lot of people knew me and asked for me because Iii was a familiar face. With that EoS Fitness employees told people that I was fired for being a pedophile or just telling people I was. That's why I was rushed to Ohio. I ended up coming back and my first day back I went to walmart and I saw a member and said what's up. He turned towards me and when he recognized me his face changed to angry and I said "everything goof?". He said "people like you discuss me". Confused, I said "Excuse me" then he said "The gym told me about you and why you were fired, you're a pedophile".I then tried to explain myself but it didn't seem he believed me. I would later be denied a job because a part time trainer at EoS Fitness would tell the manager about what he heard. I would get denied at Stretch Zone at 2 different locations because they used to work or know and they would hear the defamation EoS allowed, I have been unemployed for 9 months. I just started a job for the first time in 9 months and with what EoS did and allowed, especially being a popular gym in Arizona, they've made life difficult with the trauma they caused and defamation they could have prevented and ended up allowing, especially the last month.They would also deny me unemployment even though i didn't sign the severance agreement and have yet had a hearing yet With forcing to flee to Ohio to recover and not able to find jobs for 9 month with no unemployment cause me to pull my full 401k and has ruined everything and possibly my future.

### Demand

Compensatory Damages for: Lost Wages and Benefits due to wrongful termination, the extended period of unemployment, and difficulty in finding new employment. Emotional Distress and Mental Anguish caused by workplace harassment, defamation, retaliation, and the severe emotional impact that led Plaintiff to leave the state and struggle with their mental health. Back Pay and Front Pay: Back Pay for unpaid wages, including overtime and missed earnings. Front Pay if reinstatement is not feasible, to compensate for lost future earnings resulting from wrongful termination and the company's actions that damaged Plaintiff's professional reputation. Damages for Defamation: Compensation for reputational harm and the resulting difficulty in securing new employment due to workplace defamation. Damages for

Violation of Privacy: Compensation for the harm caused by the unlawful disclosure of Plaintiff's confidential medical information and its contribution to emotional distress and workplace harassment. Punitive Damages: To punish the Defendant for particularly malicious and egregious conduct, including the deliberate acts of harassment, coerced drug use, and disregard for Plaintiff's mental health and privacy. Injunctive Relief: An order mandating that the Defendant implement policies and training to prevent future discrimination, harassment, and unauthorized disclosure of personal and medical information. Court Costs and Legal Expenses: Since Plaintiff is representing themselves, reimbursement of all court costs and other expenses incurred in pursuing this case. Additional Specific Relief: Any further relief the Court deems just and appropriate to address the full scope of the harm done, including mental health and emotional recovery costs associated with the Defendant's conduct. Plaintiff seeks relief to hold the Defendant accountable for severe and lasting damage caused by discrimination, harassment, and retaliatory acts that have continued to impact Plaintiff's daily life, professional standing, and mental well-being. **I am also seeking the following amount in monetary compensation: $$750,000.** The Plaintiff wants a trial by jury.

## Administrative Procedure

I have filed a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency on 07/29/2024. I have received a Notice of Right to Sue Letter.

Date: 10/25/2024

Brian Wilfredo Cruz
4903 W Thomas Rd
Phoenix, AZ 85031
(602) 813-4249