# EXHIBIT B

| | |
|---|---|
| **From:** | Ramirez, Vicky |
| **To:** | brian.w.cruz222@gmail.com |
| **Cc:** | Oller, Shawn; Gutierrez, Carlos B.; Williamson, Brooke |
| **Subject:** | EoS Fitness |
| **Date:** | Friday, January 31, 2025 3:56:15 PM |
| **Attachments:** | image001.png<br>image002.png<br>2025-01-31 - Letter to Brian Cruz 4916-4086-9909 v.1.pdf |

Good afternoon, Mr. Cruz,

I have attached correspondence regarding the referenced matter. Thank you.

**Vicky Ramirez**

Attorney Practice Coordinator

602.474.3617 direct, 602.299.3990 mobile

VicRamirez@littler.com


Pronouns: She/Her



Labor & Employment Law Solutions | Local Everywhere

Camelback Esplanade, 2425 East Camelback Road, Suite 900, Phoenix, AZ 85016-4242



**Littler Mendelson, PC**
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016

Carlos B. Gutierrez
602.474.3628 direct
602.474.3600 main
602.532.7237 fax
cgutierrez@littler.com

January 31, 2025

**VIA EMAIL**
Brian Wilfredo Cruz
4903 W. Thomas Road, Apt 261
Phoenix, AZ 85031
brian.w.cruz222@gmail.com

    Re:    **EoS Fitness**

Dear Mr. Cruz:

    We represent Fitness Alliance, LLC dba EoS Fitness ("EoS Fitness"). We have seen your envelope and the documents you dropped off at the EoS gym located at 3110 N. Central Avenue, Phoenix, AZ 85012, on January 23, 2025.

    Yesterday Helena Bermingham responded to your email. She informed you that EoS Fitness is represented by legal counsel and that its attorneys are Shawn Oller and me with Littler Mendelson. She also provided you with the email addresses for Mr. Oller and me.

    Be advised that Ms. Bermingham did not acknowledge that EoS Fitness was "served" as you claimed in your reply email to her yesterday. To be clear, nobody from EoS Fitness has acknowledged that EoS Fitness was "served."

    Finally, we remind you that you signed an arbitration agreement with EoS Fitness that requires you to submit to arbitration any disputes or claims you have with EoS Fitness related in any way to your employment. Thus, you are contractually precluded from raising employment related claims against EoS in a court of law. You should immediately dismiss your lawsuit. EoS Fitness expects you to abide by the arbitration agreement and will enforce it, if necessary.

    Please direct any future correspondence to Shawn Oller and me, and stop contacting EoS Fitness about the documents you dropped off on January 23.

Sincerely,

*Carlos Gutierrez*

Carlos B. Gutierrez
Attorney at Law

CBG

4916-4086-9909