# EXHIBIT C

| | |
|---|---|
| **From:** | Brian Cruz |
| **To:** | Oller, Shawn; Gutierrez, Carlos B. |
| **Subject:** | Brian W Cruz |
| **Date:** | Friday, January 31, 2025 5:33:24 PM |

**[EXTERNAL E-MAIL]**

I am writing to address your recent claim regarding an arbitration agreement. I would like to make it clear that I have never agreed to, nor signed, any arbitration agreement with EoS Fitness. If there is a document indicating otherwise, I kindly request a copy for review.

Additionally, I was offered a severance agreement, which I chose to decline. My decision to decline the severance was because I wish to settle this matter through the courts. I believe this is the best approach for resolving the issues at hand, since we weren't remotely close to an agreement during the severance agreement.

Please let me know how you would like to proceed or if further clarification is needed from my side.

Thank you for your attention to this matter.

Sincerely,

Brian Cruz

| | |
|---|---|
| **From:** | Brian Cruz |
| **To:** | Oller, Shawn; Gutierrez, Carlos B. |
| **Subject:** | Re: Brian W Cruz |
| **Date:** | Friday, January 31, 2025 6:16:01 PM |

**[EXTERNAL E-MAIL]**

Also, I have already been granted the Right to Sue by the EEOC regarding the issues I raised. This allows me to proceed with legal action in court, bypassing any arbitration agreement that may be in place.

Please let me know if you need any further information.

Sincerely,

Brian Cruz

> On Jan 31, 2025, at 5:33 PM, Brian Cruz <brian.w.cruz222@gmail.com> wrote:
>
> I am writing to address your recent claim regarding an arbitration agreement. I would like to make it clear that I have never agreed to, nor signed, any arbitration agreement with EoS Fitness. If there is a document indicating otherwise, I kindly request a copy for review.
>
> Additionally, I was offered a severance agreement, which I chose to decline. My decision to decline the severance was because I wish to settle this matter through the courts. I believe this is the best approach for resolving the issues at hand, since we weren't remotely close to an agreement during the severance agreement.
>
> Please let me know how you would like to proceed or if further clarification is needed from my side.

Thank you for your attention to this matter.

Sincerely,

Brian Cruz